UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  24-22353-CIV-SMITH

ABBY UTAL, individually and on behalf of
all others similarly situated,

      Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY, *et al.*,

      Defendants.
_____/

**ORDER OF FINAL DISMISSAL**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 27]. Upon consideration, it is:

ORDERED that:

1. This matter is **DISMISSED without prejudice.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida this 27th day of August, 2024.

                                                         _____
                                                         RODNEY SMITH
                                                         UNITED STATES DISTRICT COURT

cc:    Counsel of record